Revised 03/06 WDNY

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

SEP 17 2020

AT_____ O'CLOCK_____

John M. Domurad, Clerk - Syracuse

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

5:20-cv-1124

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff must submit** an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. MARSheeM JohNSON #17B2753

2._____

-VS-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. D. Bieling /onondaga Sheriff officer    4. Burnetti/onondaga supreme Judge

2. S. Mollica /onondaga Sheriff officer    5. Celie /onondaga drug court Judge

3. JM. Young /onodaga SGT of Sheriff office 6. Cliffton cardan /onondaga public defender

7. August Nordon/public defender

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: MARSheeM JohNSON #17B2753

Present Place of Confinement & Address: COLLINS CORRectioNAL FACiliTY P.O Box 340

COLLINS, New York 14034-0340

_____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: D. Bieling

(If applicable) Official Position of Defendant: ONONDAGA COUNTY SHERIFF OFFICER

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: 555 S. STATE.STREET SYRACUSE N.Y 13202

ONONDAGA COUNTY JUSTICE CENTER

Name of Defendant: S. MOllicA

(If applicable) Official Position of Defendant: ONONDAGA COUNTY SHERIFF OFFICER

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: 555 S. STATE.STREET SYRACUSE. N.Y 13202

ONONDAGA COUNTY JUSTICE CENTER

Name of Defendant: JM .YOUNG

(If applicable) Official Position of Defendant: ONONDAGA COUNTY SGT OF SHERIFF OFFICE

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: 555 S. STATE.STREET SYRACUSE N.Y 13202

ONONDAGA COUNTY JUSTICE CENTER

See ATTAChmeNT 2 P9.2

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
      Yes ✓    No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s): MARSheem JohNSON #17B2753

      Defendant(s): I Am AmmeNdiNg mY complAiNt to docket #
      9:20-CV-0836

2.    Court (if federal court, name the district; if state court, name the county): uNited stAte district
      CouRt NoRteRN District OF New York

3.    Docket or Index Number: 9: 20 - CV - 0836

4.    Name of Judge to whom case was assigned: MAE A. D'AGoSTiND

Defendant Information   See Attachment 2 Pg.2

Name of Defendant: Burnettii

(If Applicable) Offical Position of Defendant: Supreme County Judge

(If Applicable) Defendant is sued in  X  individual  and/or  X  offical capacity

Address of Defendant: 505.S State.Street Room #210 Clerk office

Syracuse N.Y 13202

Name of Defendant: Celie

(If Applicable) Offical position of Defendant: Onondaga County Drug Court Judge

(If Applicable) Defendant is sued in X individual and/or X offical capacity

Address of Defendant: 505 S.State.Street Room # 210 Clerk office

Syracuse N.Y 13202

Name of Defendent: Cliffton Cardan

(If Applicable) Offical position of Defendant: Public Defender Law Attorney

(If Applicable) Defendant is sued in X individual and/or X offical capacity

Address of Defendant: C.Cardan III ESQ...100 Madison.Street

Tower 1 Floor 12 Syracuse N.Y 13202

5.    The approximate date the action was filed: 7-21-20

6.    What was the disposition of the case?

Is it still pending? Yes ✓ No____

If not, give the approximate date it was resolved. Pending

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

N/A    By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

N/A    By court for failure to exhaust administrative remedies;

N/A    By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

N/A    By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

N/A plaintiff

N/A defendant.

B.    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

Yes ✓    No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s): MARShee M Johnson #17R2753

Defendant(s):_____

2.    District Court: United States district Court Northern District of NewYork

3.    Docket Number: 9:20-CV-0836

4.    Name of District or Magistrate Judge to whom case was assigned: MAE A. D'AGOSTINO

5.    The approximate date the action was filed: 7-21-20

6.    What was the disposition of the case?

Is it still pending? Yes ✓ No____

If not, give the approximate date it was resolved. Pending

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):



    N/A    By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    N/A    By court for failure to exhaust administrative remedies;

    N/A    By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    N/A    By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

    N/A plaintiff

    N/A defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) _6-2-2016 I WAS Stop ILegll search And Arrest_ defendant (give the **name and position held** of **each defendant** involved in this incident) _Officer D. Bieling Officer S. Mollica Sgt JM. Young All of Onondaga Sheriff office_

did the following to me (briefly state what each defendant named above did): _ON This dAte JuNe 6, 2016 while coming out of 7/11 ON N. SALiNA street I WAS stop while walking down the street where onondAga sheriff D. Bieling Jumped out of His pAtrol cAr with His TAzer iN HAND AND orDer For me to get on MY Knees And put MY HANDS ON MY HeAd I WAS placed IN HANDcuFFS without Being Read MY MiRANDA Rights or produce A SearCh warrAnt For MY Person or I'd proceedure officer D. Bieling And A Few of His MAle co-officers Formed A circle See AttAchment 1 pg.5_

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _Due process, EQuAL protection FAlse Arrest, Excessive force, FAilure to protect, Search & seizure, MAlious prosecution_

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes __✓__ No  If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes __✓__ No  If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _Due to MY LACK OF KNowledge About the LAw And none of MY AttorNeys would Not Help me Also._

_____

**A. SECOND CLAIM:** On (date of the incident) _ON this dAte JuNe 2, 2016   ARResting_ , defendant (give the **name and position held** of **each defendant** involved in this incident) _officer S. Mollica ONoNdAgA Sheriff office_

_____

5  _See AttAchment 5 Person clAim pg. 5_

A. First Claim see Attachment 1 Pg.5

Around Me to Block the patrol cam thats when D. Bieling started pat searching Me And taking everything out of My pockets one of His co-officers stud Behind Me And yanked the Back of my pants I Jumped he Asked was I nerves I reply yes that I never had Anyone Dig in My Anal Area Before He then said well go in there and get it or He will I then stated go in there And get what there is nothing in My Anal. that I would get it Myself thats when officer D. Bieling got very fustrated And Mad then He unBuckled My pants in public And (sexually Assulted Me) By grabbing Me By the groin Area. I was then place in the Back of the patrol viechle And Book At the Onondaga county Justice center.       See Attachment 1 Pg.5

A. Second claim   See Attachment 2 Pg.5

I Jump He Asked was I nerves I reply yes that I never had Anyone dig in My Anal Area Before He then said well go in there And get it or He will I then stated go in there And get what that there is nothing in My Anal that I would get it Myself.

A. Third Claim

On this date June 2, 2016   SGT JM. Young of Onondaga Sheriff office signed off on the Police Report without  →

continue

A search warrant produce or without me being read my miranda Rights or that I was under arrest until I arrived at the county Jail.

A. Fourth Claim

On this date June 2016 I was assigned to a public defender attorney August Nordon while waiting for my preliminary herring I had one contacted meeting with Mr. Nordon He never told me my options of what will happen if I didn't plea guilty to the charges He also never explained the weight of the drugs the quainity or if the drug was real or fake or He did not produce a test report on the drugs I then explain that it was a JJ Legal search and seizure Mr. Nordon Immediately started ramping about going to trial I told Him No then He waived my preliminary hearing without my consent and put in a plea Bargin for Drug court and I never seen or heard from Him again.

A. Fifth claim

On the Year 2016 in the of July I sat in the county Jail 55 days and was not indicted. And filed a 190.80 Motion to Be Release on my own recognances and fowarded it to Hon Judge Burnettii at the supreme county courthouse. On this date sometime in July 2016 I was transported to the supreme court House where Hon Judge Burnettii Announced that my attorney August Nordon Passed →

AWAY AND to MY KNowledge I WAS Bought iN FRONT OF HON Judge BuRNettii to ReleAse oN the 190-80 Motion when He denied it without Me Being INdicted OR giving OR Show documents OF Me Being INdicted AND BeCAuse MY AttoRNeY August NoRdoN put iN A pleA BARgiN FOR DRug couRt. oN this dAte JulY 2016 whY iN FRONt OF HoN Judge BuRNettii I NeveR HAd A LegAL couNsel to RepReseNt Me At thAt time while AgReeiNg to dRug couRt NOR WAS I PRO'se iN RepReseNting MYSeLF.


A. Sixth cLAim


oN this dAte septembeR, 2016 I WAS ASSigNed A New AttoRNeY cliffton cARdAN who WAS A eNffective couNsel He NeveR took the time to Look iNto MY cAse OR MY pApeR woRk He NeveR pRoduced documents OF the weight, the QuAliTY, OR QuAiNiTY OF the dRug I ALegALLY possessed, OR RAtheR the dRug WAS ReAl OR fAke He NeveR pRoduce ANY documents stAting I WAS INdicted eveN AfteR I explAiNed thAt I WAS NeveR INdicted ANd thAt I WAS ILlegAL seARched ANd sexuALLY ASsulted BY the sheRiffs OF oNoNdAgA He ALSO WAS fAst tALking me iNto sigNing the pleA AgReement FOR DRugcouRt without giving OR Telling me the optioNs OF MY cAse IF I didNt tAke dRug couRt ANd WAS FoRced to sigN the dRug couRt AgReement due to MY LAck OF KNowledge I WAS told thAt BY sigNing the AgReement thAt i will NOT HAVE ⟶

The (Right's) to Appeal.

A. Seventh Claim

On this date September 19, 2017 I was Sentenced By Hon Judge Celie of Onondaga County drug court to the Imposed Term of 3 year's Imprisonment with A additional of 2 year's post-release supervision know that when He looked at my case He knew that in the police report stated that the Onondaga sheriff's Grabbed me By The (Groin Area) He knew when read my CASE that there was never a (Search Warrant) produce, I was never Read my (Miranda Rights) while Being (Handcuffed), that there was no (Indictment), that He was Not suppose to take my case in county court without Being (Indicted) He knew that there was no (Grand Jury) to be (Indicted) He knew that there was never a (Test Result) produce (showing or stating) the (weight) the (Quality) and (Quinity) of the drug I was Alegally Possesed He knew that my whole case was a (Illegal Search And Siezure). And still Accept my case and that He wrongly convicted me to the 3 year term a additional 2 year post-release supervision of Imprisonment.

See ATTAchment @. thiRd claim

D.

third claim

The consitutional BASis FoR this claim under 42 U.S.C § 1983 is:

Due process, EQuAL protection, FALse ARRest, Excessive FoRce, FAliure to protect

SeARch & seizuRe, MALicous PRoSecution.

The Relief I AM Seeking FoR this claim is (BRiefly state the Relief Sought)

A. Fourth claim

The consitutional BASis FoR this claim under 42 U-S.C § 1983 is:

Due process, EQuAL protection, FALse ARRest, Excessive FoRce, FAliure to protect,

SeARch & seizuRe, MALicous PRocution.

The Relief I AM Seeking FoR this claim is (BRiefly state the Relief Sought)

A. Fifth claim

The consitutional BASis FoR this claim under 42 U.S.C § 1983 is:

Due process, EQuAL protection, FALse ARRest, Excessive Force, FAiLure to protect,

seARch & seizure, MALicous pro Secution.

The Relief I AM seeking FoR this claim is (BRiefly state Relief Sought)

A. Sixth claim

The consitutional basis for this claim under 42 U.S.C $ 1983 is:
Due process, Equal protection, False Arrest, Excessive force, Failure to protect, Search & Seizure, Malious prosecution.

The Relief I am Seeking for this claim (briefly state Relief Sought)

A. Seventh claim

The consitutional basis for this claim under 42 U.S.C $ 1983 is:
Due process, Equal protection, False Arrest, Excessive force, Failure to protect, Search & Seizure, Malicous prosecution.

The Relief I am Seeking for this claim (briefly state Relief Sought)

did the following to me (briefly state what each defendant named above did): _On June, 2, 2016_
_Arresting officer S. Mollica flew through the parking lot of_
_N. Salina and cour-st while being held at point by the first_
_officer D. Bieling with his tazer in hand and ordered to get_
_on my knees before my knee hit the ground officer S. Mollica_
_jumped out of his unmarked car and placed the (handcuffs) on_
_Me without reading my (miranda rights) He yanked me off_
_the ground and then started yanking the back of my pants_ see Attachment 2
                                                                                    P9.5
The constitutional basis for this claim under 42 U.S.C. § 1983 is: _Due process, Equal Protection_
_False Arrest, Excessive Force, Failure to protect, search & seizur, Malicous prosecution_
The relief I am seeking for this claim is (briefly state the relief sought): _____
_____
_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _✓_ No   If yes, what was the result? _____
_____

Did you appeal that decision? _____ Yes _✓_ No   If yes, what was the result? _____
_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _Due to my_
_lack of knowledge about the law and none of my attorneys would not help me_
                                                                                    _also -_

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_Due process - $115.000, Equal Protection - $115.00, False Arrest - $115.000,_
_Excessive Force - $115.000, Failure to protect - $115.000, Search & seizure -_
_$115.000, Malicous prosecution - $115.000 = A total of $805.000_

Do you want a jury trial? Yes _✓_ No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8 - 28 - 20_____
                        (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Marsheem Johnson #1782753

Signature(s) of Plaintiff(s)

7